IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| DARREN A. BOUCHARD,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration,<br>Defendant. | )<br>)<br>)<br>)    Civil No. 09-150-B-W<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. ' 405(g), and in light of the government's request to remand this action for further administrative action by Social Security's Decision Review Board,

IT IS HEREBY ORDERED that on remand, the Decision Review Board will remand this claim to the Administrative Law Judge ("ALJ") to conduct a new hearing and issue a new decision. The Decision Review Board shall instruct the ALJ to further develop the record, evaluate alcohol dependence and right knee impairment, evaluate the medical source statements of record and provide rationale to support the weight assigned to such opinion evidence, and consolidate the subsequent claim with the current remanded claim.

Therefore, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. ' 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 16th day of July 2009

                                             <u>/s/John A. Woodcock, Jr.</u>
                                             JOHN A. WOODCOCK, JR.
                                             CHIEF U.S. DISTRICT JUDGE